No. 09-10170. Aaron Jay Montgomery Lemon, Petitioner v. United States.

560 U.S. 916, 130 S. Ct. 3305, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4153.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 590 F.3d 612.

No. 09-10179. Jerome Sawyers, Petitioner v. United States.

560 U.S. 917, 130 S. Ct. 3305, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4115.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 360 Fed. Appx. 621.

No. 09-10180. Ross S. Shade, Petitioner v. Ronald M. George, Chief Justice, Supreme Court of California, et al.

560 U.S. 917, 130 S. Ct. 3305, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4125.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10186. Kirk L. Loney, Petitioner v. United States.

560 U.S. 917, 130 S. Ct. 3305, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4131.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 343 Fed. Appx. 937.

No. 09-10187. Andrew B. Wright, Petitioner v. United States.

560 U.S. 917, 130 S. Ct. 3305, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4142.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10190. Louis K. Davis, Petitioner v. United States.

560 U.S. 917, 130 S. Ct. 3305, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4112,

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 361 Fed. Appx. 632.

No. 09-10191. Tunde Adeyi, Petitioner v. United States.

560 U.S. 917, 130 S. Ct. 3306, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4087.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 09-10193. Rayvon Gregory Brown, Petitioner v. United States.

560 U.S. 917, 130 S. Ct. 3306, 176 L. Ed. 2d 1206, 2010 U.S. LEXIS 4082.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 364 Fed. Appx. 835.